# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW HANNON,** | : | No. 14cv2186 |
|     Plaintiff | : | |
| | : | (Judge Munley) |
|     v. | : | |
| | : | |
| **LOWE'S HOME CENTERS, INC.,** | : | |
|     Defendant / | : | |
|     Third-Party Plaintiff | : | |
| | : | |
|     v. | : | |
| | : | |
| **WE DO THAT CONSTRUCTION,** | : | |
| **TODD ROMANCZUK, KITCHEN &** | : | |
| **FLOORING CONTRACTOR, INC.,** | : | |
| **and JEROME SAYLOR,** | : | |
|     Third-Party Defendants | : | |

## ORDER

**AND NOW**, to wit, this 10th day of August 2015, Third-Party Defendants We Do That Construction and Todd Romanczuk's motions to dismiss (Docs. 30, 32) are **DENIED**.

                                          **BY THE COURT:**

                                          **s/ James M. Munley**
                                          **JUDGE JAMES M. MUNLEY**
                                          **United States District Court**