# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW HANNON,** | : | No. 3:14cv2186 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| **v.** | : | |
| | : | |
| **LOWE'S HOME CENTER, INC. d/b/a** | : | |
| **LOWE'S HOME IMPROVEMENT,** | : | |
| **LOWE'S HOME CENTER,** | : | |
| **Defendant /** | : | |
| **Third-Party Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **WE DO THAT CONSTRUCTION,** | : | |
| **TODD ROMANCZUK, KITCHEN &** | : | |
| **FLOORING CONTRACTOR, INC., and** | : | |
| **JEROME SAYLOR,** | : | |
| **Third-Party** | : | |
| **Defendants** | : | |

## **ORDER**

**AND NOW**, to wit, this 17th day of January 2017, it is hereby **ORDERED** as follows:

1. Defendant/Third-Party Plaintiff Lowe's Home Center Inc.'s motion for summary judgment (Doc. 63) is **GRANTED**; and

2. The Clerk of Court is directed to enter judgment in favor of Defendant/Third-Party Plaintiff Lowe's Home

Center Inc. and against Plaintiff Matthew Hannon.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States**