**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MATTHEW HANNON,** | : | No. 3:14cv2186 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **LOWE'S HOME CENTER, INC. d/b/a LOWE'S HOME IMPROVEMENT, LOWE'S HOME CENTER,** | : | |
| Defendant / Third-Party Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| **WE DO THAT CONSTRUCTION, TODD ROMANCZUK, KITCHEN & FLOORING CONTRACTOR, INC., and JEROME SAYLOR,** | : | |
| Third-Party Defendants | : | |

## **ORDER**

**AND NOW**, to wit, this 27th day of February 2017, it is hereby

**ORDERED** that Plaintiff Matthew Hannon's motion for reconsideration (Doc. 83) is **DENIED**.

                                      **BY THE COURT:**

                                      **s/ James M. Munley
                                      JUDGE JAMES M. MUNLEY
                                      United States District Court**